O

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JORGE ROSAS; MARY LAMAR LEYENDECKER; and GARY LEYENDECKER, | § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 5:06-cv-184 |
| | § | |
| RAYTHEON AIRCRAFT CO., | § § | |
| Defendant. | § | |

## OPINION AND ORDER

Before the Court is a Motion to Voluntarily Dismiss Plaintiffs' Claims. [Dkt. No. 20-1]. Because this case has already been transferred to the United States District Court for the District of Kansas, this Court now lacks subject matter jurisdiction to hear any motions relating to this case. Accordingly, the Court **DISMISSES** both the Plaintiffs' motion and the Defendant's response.

On May 21, 2007, this Court granted Defendant Raytheon's Motion to Transfer [Dkt. No. 2], and ordered this case transferred to the United States District Court for the District of Kansas. [Dkt. No. 17]. An interdistrict transfer was entered on May 23, 2007 [Dkt. No. 18], and a Certified Mail Receipt executed by the clerk of the District Court for the District of Kansas on May 28, 2007. [Dkt. No. 19]. On August 2, 2007 all Plaintiffs jointly filed a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). [Dkt. No. 20-1]. The next day, Defendant Raytheon indicated that it did not oppose the motion. [Dkt. No. 21].

Upon transferring the case, this Court lost subject matter jurisdiction, which is now vested in the United States District Court for the District of Kansas. *See Lands v. St. Louis Sw. R.R.*, 648

F. Supp. 322, 325-26 (E.D. Tex. 1986). Hence, the Court is powerless to hear any further motions, such as the motion the Plaintiffs have filed with the Clerk of the Court.

Therefore, the Court **DISMISSES** Plaintiffs' Motion to Voluntarily Dismiss Plaintiffs' Claims [Dkt. No. 20-1]. The Court likewise **DISMISSES** Defendant Raytheon Aircraft Company's Response in Support of Plaintiffs' Motion to Voluntarily Dismiss Plaintiffs' Claims. [Dkt. No. 21].

IT IS SO ORDERED.

DONE this 30th day of August, 2007 in Laredo, Texas.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**